April 25, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

HARRIS COUNTY– HOUSTON SPORTS AUTHORITY, Appellant

NO. 14-12-00380-CV                                V.

FERNANDO CHILEL, Appellee

_____

This cause, an appeal from the interlocutory order in favor of appellee, FERNANDO CHILEL, signed, April 12, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the interlocutory order. We order the interlocutory order of the court below **AFFIRMED**.

We order appellant, HARRIS COUNTY – HOUSTON SPORTS AUTHORITY, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.